412

must reverse the Orders of the Commonwealth Court to the extent that they permit such erroneous direct access.

Justice CASTILLE joins this dissenting statement.

879 A.2d 146

**ST. JOSEPH MEDICAL CENTER and Catholic Health Initiatives, Appellants,**

v.

**The MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, Appellee.**

Supreme Court of Pennsylvania.

June 20, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2005, the Order of the Commonwealth Court is hereby AFFIRMED.